PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00344-WBS |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT** |
| v. | |
| ALVINO MARTINEZ, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **ALVINO MARTINEZ** in the pending Indictment, are hereby DISMISSED.

Dated: June 12, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1